IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )       8:08CR194
                              )
      v.                      )
                              )
KASHAUN L. LOCKETT,           )       ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 44 ) and on plaintiff's motion to file restricted document (Filing No. 45).  The Court finds both motions should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to file restricted document is granted.

2) Plaintiff's motion to continue trial is granted.  Trial of this matter is rescheduled for:

**Monday, November 3, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  However, the speedy trial time will commence to run as of this date.

DATED this 3rd day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court