IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| KASHAUN L. LOCKETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for judgment of acquittal or in the alternative a new trial (Filing No. 82). The Court has reviewed the motion and the brief and finds the motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion for judgment of acquittal or in the alternative a new trial is denied.

DATED this 3rd day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court