IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:08CR194 |
| vs. | ORDER |
| KASHAUN L. LOCKETT, | |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Kashaun L. Lockett. (Filing No. 201). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen and the Office of the Federal Public Defender's motion to withdraw (Filing No. 201) was granted (Filing No. 204).

Denise E. Frost, 9900 Nicholas Street, Suite 225, Omaha, NE 68114, (402) 346-8856, is appointed to represent Kashaun L. Lockett for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Denise E. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Kashaun L. Lockett's defense.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge